UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | | |
|---|---|---|
| COURTNEY HENSON, | : | Case No. |
| | : | |
| Plaintiff, | : | Judge |
| | : | |
| v. | : | **NOTICE OF REMOVAL** |
| | : | |
| C.A.R. TRANSPORT, INC. | : | |
| | : | |
| and | : | |
| | : | |
| JONATHAN E. FARMER, | : | |
| | : | |
| Defendants. | : | |

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants C.A.R. Transport, Inc. and Jonathan E. Farmer (collectively, "Defendants"), by and through counsel, give notice of removal of this action from the Circuit Court for Knox County, Kentucky, to the United States District Court for the Eastern District of Kentucky, Southern Division at London, and in support thereof, state as follows:

1. On February 17, 2022, Plaintiff Courtney Henson commenced a civil action against Defendants C.A.R. Transport, Inc. and Jonathan E. Farmer in the Circuit Court for Knox County, Kentucky, under Civil Action Number 22-CI-00052, which was captioned as Courtney Henson v. C.A.R. Transport, Inc., et al. (the "State Court Action"). A copy of the complaint is attached as Exhibit "A."

2. Service of process has not been perfected on Defendants; however, on February 21, 2022, Plaintiff's counsel sent a courtesy copy of the complaint to Defendants' insurance company.

3. This Notice of Removal is filed with this Court within 30 days of the State Court Action becoming removable and within one year of the commencement of the State Court Action. Therefore, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

## EACH DEFENDANT CONSENTS TO REMOVAL

4. Defendants C.A.R. Transport, Inc. and Jonathan E. Farmer each consent to removal of this action.

## COMPLETE DIVERSITY OF CITIZENSHIP EXISTS

5. According to the complaint filed in the State Court Action, Plaintiff Courtney Henson is a citizen of the Commonwealth of Kentucky who resides at 89 Rubert Lane in London, Kentucky.

6. Defendant C.A.R. Transport, Inc. is a citizen of the State of Texas because C.A.R. Transport is incorporated in the State of Kansas and maintains its principal place of business at 1475 South Burleson Boulevard in Burleson, Texas.

7. Defendant Jonathan E. Farmer is a citizen of the State of Tennessee who resides at 202 Courtney Circle in Cumberland Gap, Tennessee.

8. Based on the foregoing, complete diversity of citizenship exists between the plaintiff and all of the defendants.

## AMOUNT-IN-CONTROVERY IS SATISFIED

9. In paragraph five of the complaint, Plaintiff alleges that Defendant Jonathan E. Farmer "caused a collision with the vehicle being occupied by Plaintiff, thereby causing [P]laintiff to suffer severe bodily injuries." Plaintiff seeks to recover compensatory and punitive damages from Defendants.

10. In paragraph 15 of the complaint, Plaintiff alleges that the collision caused him "to suffer serious bodily injuries, and because of the serious bodily injuries . . . Plaintiff . . . has been caused to suffer pain, suffering, mental anguish and inconvenience and will continue to suffer such pain, suffering, mental anguish and inconvenience in the future."

11. In paragraph 16 of the complaint, Plaintiff alleges that he has incurred past medical expenses and will incur medical expenses in the future.

12. In paragraph 17 of the complaint, Plaintiff alleges that he "has suffered lost wages and a permanent impairment of his ability to earn money in the future."

13. If Plaintiff proves all his damages, it is more likely than not that his damages will exceed $75,000, exclusive of interest, costs, expenses, and attorney's fees.

## THIS COURT HAS DIVERSITY JURISDICTION

14. Based on the above, this Court has original subject matter jurisdiction over this action, pursuant to 28 U.S.C. § 1332, because the complaint presents a case where the amount-in-controversy exceeds $75,000, exclusive of interest, costs, expenses, and attorney's fees, and because the case involves citizens of different states.

15. Defendants will promptly file this Notice of Removal with the Clerk of Court for the Circuit Court for Knox County, Kentucky, as required by 28 U.S.C. § 1446(d).

16. A copy of all process and pleadings filed and received to-date, the state court docket, and the notice of filing of notice of removal are attached as Exhibit "B."

WHEREFORE, Defendants C.A.R. Transport, Inc. and Jonathan E. Farmer, by and through counsel, pray that this Court accepts this Notice of Removal and that this Court assume jurisdiction over this action and for all further relief proper in this action.

        Respectfully submitted,

        */s/ Chad M. Sizemore*
        Chad M. Sizemore
        Whitten Law Office, LLC
        9078 Union Centre Blvd., Ste. 350
        West Chester, Ohio 45069
        Phone: 513-268-8517
        Fax: 513-480-5547
        Email: csizemore@cincycounsel.com
        *Attorney for Defendants C.A.R.*
        *Transport, Inc. and Jonathan Farmer*

## CERTIFICATE OF SERVICE

  On March 2, 2022, I certify that I electronically filed this Notice of Removal. Notice of this filing will be sent to counsel through the Court's electronic filing system. Parties may access this filing through the Court's system.

  I further certify that a copy of the Notice of Removal was served via regular U.S. mail and by email on March 2, 2022 to the following:

Hon. Kevin W. Johnson
Law Office of Kevin W. Johnson
225 Main St.
Hazard, KY 41701
kwjlaw@gmail.com

*Attorneys for Plaintiff*

        */s/ Chad M. Sizemore*
        CHAD M. SIZEMORE